# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA STATE ELECTION BOARD, *et al.*,<br><br>*Defendants*,<br><br>GEORGIA REPUBLICAN PARTY, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Proposed Intervenor-Defendants*. | Civil Action No. 1:22-cv-01734-JPB |

## **MOTION TO INTERVENE**

The Georgia Republican Party, Inc. and the Republican National Committee ("Movants") respectfully move to intervene as defendants in this case. As explained in the accompanying memorandum in support of this motion, Movants satisfy the requirements for intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). Neither the Defendants nor the Plaintiffs take a position on intervention.

Dated: June 24, 2022

74955105.1

1

Respectfully submitted,

|  |  |
|---|---|
| | /s/ *William Bradley Carver, Sr.* |
| Harmeet K. Dhillon* | William Bradly Carver, Sr. |
| DHILLON LAW GROUP, INC. | Georgia Bar No. 115529 |
| 177 Post Street, Suite 700 | Alex Kaufman |
| San Francisco, California 94108 | Georgia Bar No. 136097 |
| Telephone: 415.433.1700 | Jake Evans |
| Facsimile: 415.520.6593 | Georgia Bar No. 797018 |
| harmeet@dhillonlaw.com | Baxter D. Drennon* |
| | W. Dowdy White |
| David A. Warrington* | Georgia Bar No. 320879 |
| Gary M. Lawkowski* | HALL BOOTH SMITH, P.C. |
| DHILLON LAW GROUP, INC. | 191 Peachtree Street, NE, Suite 2900 |
| 2121 Eisenhower Ave, Suite 402 | Atlanta, Georgia 30303 |
| Alexandria, Virginia 22314 | Telephone: 404.954.5000 |
| Phone: 703.574.1206 | Facsimile: 404. 954.5020 |
| Facsimile: 415.520.6593 | bcarver@hallboothsmith.com |
| dwarrington@dhillonlaw.com | jevans@hallboothsmith.com |
| glawkowski@dhillonlaw.com | akaufman@hallboothsmith.com |
| | bdrennon@hallboothsmith.com |
| | dwhite@hallboothsmith.com |

*\*Application for admission*
*pro hac vice forthcoming*


*Counsel for Proposed Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee*

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I prepared the foregoing in Times New Roman font and 14-point type.  I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated:  June 24, 2022

| | |
|---|---|
| | _/s/ *William Bradley Carver, Sr.*_ |
| Harmeet K. Dhillon* | William Bradly Carver, Sr. |
| DHILLON LAW GROUP, INC. | Georgia Bar No. 115529 |
| 177 Post Street, Suite 700 | Alex Kaufman |
| San Francisco, California 94108 | Georgia Bar No. 136097 |
| Telephone: 415.433.1700 | Jake Evans |
| Facsimile: 415.520.6593 | Georgia Bar No. 797018 |
| harmeet@dhillonlaw.com | Baxter D. Drennon* |
| | W. Dowdy White |
| David A. Warrington* | Georgia Bar No. 320879 |
| Gary M. Lawkowski* | HALL BOOTH SMITH, P.C. |
| DHILLON LAW GROUP, INC. | 191 Peachtree Street, NE, Suite 2900 |
| 2121 Eisenhower Ave, Suite 402 | Atlanta, Georgia 30303 |
| Alexandria, Virginia 22314 | Telephone: 404.954.5000 |
| Phone: 703.574.1206 | Facsimile: 404. 954.5020 |
| Facsimile: 415.520.6593 | bcarver@hallboothsmith.com |
| dwarrington@dhillonlaw.com | jevans@hallboothsmith.com |
| glawkowski@dhillonlaw.com | akaufman@hallboothsmith.com |
| | bdrennon@hallboothsmith.com |
| | dwhite@hallboothsmith.com |

*Application for admission
pro hac vice forthcoming*

*Counsel for Proposed Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee*