UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA STATE ELECTION BOARD, *et al.*,<br><br>*Defendants*,<br><br>GEORGIA REPUBLICAN PARTY, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Proposed Intervenor-Defendants*. | Civil Action No. 1:22-cv-01734-JPB |

## AMENDED MOTION TO INTERVENE

The Georgia Republican Party, Inc. and the Republican National Committee ("Movants") respectfully move to intervene as defendants in this case. As explained in the accompanying memorandum in support of this motion, Movants satisfy the requirements for intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). Neither the Defendants nor the Plaintiffs take a position on intervention.

Dated: July 12, 2022                     Respectfully submitted,

                                           /s/ *William Bradley Carver, Sr.*

75118001.1

1

| | |
|---|---|
| Harmeet K. Dhillon* | William Bradly Carver, Sr. |
| DHILLON LAW GROUP, INC. | Georgia Bar No. 115529 |
| 177 Post Street, Suite 700 | Alex Kaufman |
| San Francisco, California 94108 | Georgia Bar No. 136097 |
| Telephone: 415.433.1700 | Jake Evans |
| Facsimile: 415.520.6593 | Georgia Bar No. 797018 |
| harmeet@dhillonlaw.com | Baxter D. Drennon* |
| | W. Dowdy White |
| David A. Warrington* | Georgia Bar No. 320879 |
| Gary M. Lawkowski* | HALL BOOTH SMITH, P.C. |
| DHILLON LAW GROUP, INC. | 191 Peachtree Street, NE, Suite 2900 |
| 2121 Eisenhower Ave, Suite 402 | Atlanta, Georgia 30303 |
| Alexandria, Virginia 22314 | Telephone: 404.954.5000 |
| Phone: 703.574.1206 | Facsimile: 404. 954.5020 |
| Facsimile: 415.520.6593 | bcarver@hallboothsmith.com |
| dwarrington@dhillonlaw.com | jevans@hallboothsmith.com |
| glawkowski@dhillonlaw.com | akaufman@hallboothsmith.com |
| | bdrennon@hallboothsmith.com |
| | dwhite@hallboothsmith.com |

*Application for admission
pro hac vice forthcoming


*Counsel for Proposed Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee*

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I prepared the foregoing in Century Schoolbook font and 13-point type. I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated: July 12, 2022

Respectfully submitted,

/s/ *William Bradley Carver, Sr.*

Harmeet K. Dhillon*
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: 415.433.1700
Facsimile: 415.520.6593
harmeet@dhillonlaw.com

David A. Warrington*
Gary M. Lawkowski*
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Phone: 703.574.1206
Facsimile: 415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

William Bradly Carver, Sr.
Georgia Bar No. 115529
Alex Kaufman
Georgia Bar No. 136097
Jake Evans
Georgia Bar No. 797018
Baxter D. Drennon*
W. Dowdy White
Georgia Bar No. 320879
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Telephone: 404.954.5000
Facsimile: 404. 954.5020
bcarver@hallboothsmith.com
jevans@hallboothsmith.com
akaufman@hallboothsmith.com
bdrennon@hallboothsmith.com
dwhite@hallboothsmith.com

*Application for admission pro hac vice forthcoming*

*Counsel for Proposed Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee*