IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA STATE ELECTION BOARD, *et al.*, <br><br> Defendants. | Civil Action No.: <br> 1:22-cv-01734-JPB |

**STATE DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), State Defendants—Georgia State Board of Elections, and its members Edward Lindsey, Janice W. Johnston, Sara Tindall Ghazal, and Matthew Mashburn—hereby move to dismiss Plaintiffs' complaint [Doc. 1]. State Defendants have also filed a brief in support of the motion.

Respectfully submitted this 13th day of July, 2022.

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Bryan K. Webb
  *Deputy Attorney General*
  Georgia Bar No. 743580
Russell D. Willard
  *Senior Assistant Attorney General*
  Georgia Bar No. 760280
Charlene McGowan
  *Assistant Attorney General*
  Georgia Bar No. 697316
State Law Department
40 Capitol Square, S.W.
Atlanta, GA 30334

Bryan P. Tyson
  *Special Assistant Attorney General*
  Georgia Bar No. 515411
Bryan F. Jacoutot
  Georgia Bar No. 668272
Loree Anne Paradise
  Georgia Bar No. 382202
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(770) 434-6868
btyson@taylorenglish.com

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
  *Special Assistant Attorney General*
H. Christopher Bartolomucci*
Brian J. Field*
Cristina M. Squires**
Joshua J. Prince**
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*
**Application for admission *pro hac vice*
pending

*Counsel for State Defendants Georgia State Board of Elections, Edward Lindsey, Janice W. Johnston, Sara Tindall Ghazal, and Matthew Mashburn*

## CERTIFICATE OF COMPLIANCE

Under L.R. 7.1(D), the undersigned hereby certifies that the foregoing State Defendants' Motion to Dismiss has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Gene C. Schaerr*
Gene C. Schaerr