UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VOTE.ORG, et al.,

    Plaintiffs,

v.

GEORGIA STATE ELECTION
BOARD, et al.,

    Defendants,

GEORGIA REPUBLICAN PARTY,
INC., et al.

    Intervenor-Defendants.

CIVIL ACTION NO.:
1:22-CV-01734-JPB

## **ORDER**

This matter is before the Court on the Georgia Republican Party, Inc. and the Republican National Committee's (collectively, "Movants") Amended Motion to Intervene [Doc. 35]. Neither Defendants nor Plaintiffs oppose intervention. See LR 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion.").

It appears that the requirements for intervention are satisfied. As such, the Amended Motion to Intervene [Doc. 35] is **GRANTED**. **IT IS HEREBY**

**ORDERED** that Movants are entitled to intervene in this matter. Movants shall file their answer no later than August 10, 2022.

**SO ORDERED** this 3rd day of August, 2022.

J. P. BOULEE
United States District Judge