# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG; GEORGIA ALLIANCE FOR RETIRED AMERICANS; and PRIORITIES USA,<br><br>      Plaintiffs,<br><br> v.<br><br>GEORGIA STATE ELECTION BOARD, et al.,<br><br>      Defendants,<br><br>GEORGIA REPUBLICAN PARTY, INC.; and REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>      Intervenor-Defendants. | Case No. 1:22-cv-01734-JPB |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COME NOW Plaintiffs, Defendants, and Intervenor-Defendants (collectively the "Parties") jointly move the Court for the Entry of the attached Stipulated Protective Order and show the Court as follows:

1. The Court opened discovery in this matter on March 9, 2023. (Doc. 59). The Parties are actively engaged in the discovery process.

2. During the discovery process the Parties discovered that the information

1

being exchanged in this matter includes highly sensitive information, including but not limited to, Particular Individual Information of voters – (e.g., voters' birth dates, social security numbers, addresses, telephone numbers, and email addresses).

3. Because of the sensitive nature of the information that is being exchanged, the Parties seek to provide limitations on the disclosure of confidential material exchanged during discovery in this matter.

4. The purpose of the Stipulated Protective Order is to protect against the unauthorized and/or unnecessary disclosure of confidential information.

5. The Parties jointly move this Court pursuant to Federal Rule of Civil Procedure 26(c), which provides that a protective order may issue "for good cause" to protect a person from "annoyance, embarrassment, oppression, or undue burden or expense."

6. Whether good cause exists is a factual question turning on, *inter alia*, the nature of the information at issue. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1315 (11th Cir. 2001). An important factor in this calculation is whether an order is necessary to protect legitimate privacy interests. *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007); *Luzzi v. ATP Tour, Inc.*, No. 3:09-cv-1155,

2011 WL 2693542, at *3 (M.D. Fla. July 12, 2011) ("The Eleventh Circuit has held that legitimate privacy interests are an important factor to be considered.").

7. The Parties submit that this Stipulated Protective Order is necessary to protect the privacy interest of the voters and to protect their confidential information from being misused.

8. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties jointly request that the Court issue the Stipulated Protective Order in this matter to protect any confidential information exchanged during discovery.

9. The Parties have prepared a proposed Stipulated Consent Protective Order for the Court's consideration and attached it hereto as an exhibit to this Motion.

10. The Parties understand that the entry of the accompanying Stipulated Protective Order will not affect the Court's ability to modify the Order or enter additional protection at any time during the pendency of this litigation.

11. The Parties respectfully move this Court for entry of the Stipulated Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil

Procedure, to protect the confidentiality of certain information and to facilitate discovery.

Respectfully Submitted this 29th day of June, 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Y. Soo Jo
County Attorney

Kaye Woodard Burwell
Deputy County Counsel
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov

Shalanda M. J. Miller
Deputy County Counsel
Georgia Bar No. 122544
shalanda.miller@fultoncountyga.gov

David R. Lowman
Supervising County Counsel
Georgia Bar No. 460298
david.lowman@fultoncountyga.gov

*/s/ Juliana Sleeper*
Juliana Y. Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
juliana.sleeper@fultoncountyga.gov

**Attorneys for County Defendants**

141 Pryor Street, SW, Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)|(404) 730-6324 (facsimile)

<table>
<tr><td>

*/s/ Adam M. Sparks*
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: Sparks@khlawfirm.com

*Counsel for Plaintiffs*

</td><td>

*/s/ Michael B. Jones*
Uzoma N. Nkwonta*
Noah B. Baron*
Michael B. Jones (GA Bar No. 721264)
Marcos Mocine-McQueen*
Meaghan Mixon**
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
unkwonta@elias.law
nbaron@elias.law
mjones@elias.law
mmcqueen@elias.law
mmixon@elias.law

*Counsel for Plaintiffs*
*Admitted *Pro Hac Vice*
**Pro Hac Vice* application forthcoming

</td></tr>
</table>

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*Counsel for State Defendants*

Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Joshua J. Prince*
**Schaerr | Jaffe LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Atlanta, Georgia 30339

(678) 336-7249

Counsel for State Defendants
*Admitted pro hac vice

<div style="columns:2">

Harmeet K. Dhillon*
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: 415.433.1700
Facsimile: 415.520.6593
harmeet@dhillonlaw.com

*/s/ Gary M. Lawkowski*
David A. Warrington*
Gary M. Lawkowski*
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Phone: 703.574.1206
Facsimile: 415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

William Bradly Carver, Sr.
Georgia Bar No. 115529
Alex Kaufman
Georgia Bar No. 136097
Jake Evans
Georgia Bar No. 797018
Baxter D. Drennon*
W. Dowdy White
Georgia Bar No. 320879
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Telephone: 404.854.6967
bcarver@hallboothsmith.com
jevans@hallboothsmith.com
akaufman@hallboothsmith.com
bdrennon@hallboothsmith.com
dwhite@hallboothsmith.com

</div>

*Admitted pro hac vice.*

*Counsel for Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee*

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG; GEORGIA ALLIANCE FOR RETIRED AMERICANS; and PRIORITIES USA,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA STATE ELECTION BOARD, et al.,<br><br>Defendants,<br><br>GEORGIA REPUBLICAN PARTY, INC.; and REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>Intervenor-Defendants. | Case No. 1:22-cv-01734-JPB |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this day, I presented the Joint Motion to Extend Discovery Deadline in Times New Roman, 14-point type in accordance with L.R. 5.1(C). I further certify that I electronically filed this Joint Motion to Extend Discovery Deadline with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsels of record.

9

This 29th day of June 2023.

                                          */s/ Juliana Sleeper*
                                          Juliana Y. Sleeper
                                          Senior Assistant County Counsel
                                          Georgia Bar No. 376099
                                          juliana.sleeper@fultoncountyga.gov

                                          **Attorneys for County Defendants**