UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA STATE ELECTION BOARD, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:22-CV-01734-JPB |

## ORDER

This matter is before the Court on the parties' Joint Motion for Entry of Stipulated Protective Order [Doc. 77]. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties' Stipulated Protective Order [Doc. 77-1] is approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 30th day of June, 2023.

J. P. BOULEE
United States District Judge