UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA STATE ELECTION BOARD, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:22-CV-01734-JPB |

## ORDER

This matter is before the Court on Plaintiffs' Consent Motion for Leave to File an Amended Complaint and to Extend Discovery [Doc. 94]. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that discovery is extended through and including February 7, 2024. Dispositive motions shall be filed no later than March 7, 2024. The Clerk is **DIRECTED** to docket Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief [Doc. 94-2].

**SO ORDERED** this 7th day of November, 2023.

J. P. BOULEE
United States District Judge