IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA STATE ELECTION BOARD, *et al.*, <br><br> Defendants. | Civil Action No.: <br> 1:22-cv-01734-JPB |

**STATE DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, State Defendants—Georgia State Board of Elections, and its members Edward Lindsey, Janice W. Johnston, Sara Tindall Ghazal, and Matthew Mashburn ("State Defendants")—hereby move for summary judgment on all claims in Plaintiffs' Amended Complaint [Doc. 96].  State Defendants have also filed a brief in support of the motion and a separate statement of undisputed facts.

March 7, 2024

                                              Respectfully submitted,

                                              Christopher M. Carr
                                              Attorney General
                                              Georgia Bar No. 112505
                                              Bryan K. Webb
                                              Deputy Attorney General
                                              Georgia Bar No. 743580

Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
H. Christopher Bartolomucci*
Brian J. Field*
Cristina Martinez Squiers*
Edward H. Trent*
Miranda Cherkas Sherrill
Georgia Bar No. 327642
Aaron Ward*
Andrew Strain*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com

Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Under L.R. 7.1(D), the undersigned hereby certifies that the foregoing State Defendants' Motion to Dismiss has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Gene C. Schaerr*
Gene C. Schaerr
