UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTE.ORG, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>GEORGIA STATE ELECTION BOARD, *et.al.*,<br><br>        *Defendants*,<br><br>GEORGIA REPUBLICAN PARTY, INC.; and REPUBLICAN NATIONAL COMMITTEE,<br><br>        *Intervenor-Defendants*. | No. 1:22-cv-01734-JPB |

**INTERVENOR-DEFENDANT REPUBLICAN NATIONAL COMMITTEE'S NOTICE OF JOINDER IN THE STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Intervenor-Defendants Georgia Republican Party, Inc. and Republican National Committee ("Intervenor-Defendants") join the State Defendants' motion for summary judgment and adopts and fully incorporates their arguments supporting dismissal of Plaintiffs' claims on the merits except for State Defendants' arguments relating to redressability (Section I.A.1) and sovereign immunity (Section I.A.2). *See* Doc. 156-1.

    Because the Plaintiffs have failed to show any injury from the pen and ink rule or otherwise, the Plaintiffs lack standing to bring their claims. *Muransky v. Godiva Chocolatier, Inc.*, 979 F.3d 917, 924 (11th Cir. 2020). Further the Plaintiffs have no implied right of action under the Voting Rights

1

Act. *Ziglar v. Abbasi*, 582 U.S. 120, 131–32 (2017); *Egbert v. Boule*, 596 U.S. 482, 491–92 (2022). And finally, the Plaintiffs have failed to establish that the pen and ink rule violates the Materiality Provision of the VRA. 52 U.S.C. § 10101(a)(2)(B).

For the reasons set forth by the State Defendants in their Motion for Summary Judgment and Brief in Support thereof, fully adopted and incorporated by the Intervenor-Defendants as if fully stated herein, except for Sections I.A.1 and I.A.2., the Intervenor-Defendants request summary judgment be granted in their favor.

Dated: March 7, 2024

Harmeet K. Dhillon*
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  415.433.1700
Facsimile:  415.520.6593
 harmeet@dhillonlaw.com

David A. Warrington*
Gary M. Lawkowski*
Gerald A. Urbanek, Jr.*
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Phone:  703.574.1206
Facsimile:  415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com
gurbanek@chillonlaw.com


*admitted pro hac vice

Respectfully submitted,


*/s/ William Bradley Carver, Sr.*

William Bradley Carver, Sr.
   Georgia Bar No. 115529
Baxter D. Drennon
   Georgia Bar No. 241446
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I prepared the foregoing in Century Schoolbook font and 13-point type. I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated: March 7, 2024

Harmeet K. Dhillon*
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone:  415.433.1700
Facsimile:  415.520.6593
harmeet@dhillonlaw.com

David A. Warrington*
Gary M. Lawkowski*
Gerald A. Urbanek, Jr.*
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Phone:  703.574.1206
Facsimile:  415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com
gurbanek@chillonlaw.com

*admitted pro hac vice

Respectfully submitted,

*/s/ William Bradley Carver, Sr.*

William Bradley Carver, Sr.
   Georgia Bar No. 115529
Baxter D. Drennon
   Georgia Bar No. 241446
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

*Counsel for Intervenor-Defendants*

4