

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.khlawfirm.com

**ADAM M. SPARKS**
Tel: 404-835-8067
Email: sparks@khlawfirm.com

July 26, 2024

**Via CM/ECF Filing**
Chambers of Judge J. P. Boulee
ATTN: Ms. Jennifer Lee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

> RE:   *Vote.Org, et al. v. Georgia State Election Board, et al.*
>        *Case No. 1:22-cv-01734-JPB*

Dear Ms. Lee:

Pursuant to Local Rule 83.1(E)(3), NDGa, regarding leaves of absence of twenty (20) or fewer consecutive days, please accept this letter respectfully requesting that no hearing or trials be calendared during the time periods of:

- August 8, 2024 (professional development conference);
- August 19, 2024 (hearing);
- August 22-23, 2024 (hearing and professional development conference);
- September 19, 2024 (professional development conference);
- October 15-18, 2024 (family obligations);
- October 24, 2024 (professional development conference);
- November 5, 2024 (family obligations);
- November 14, 2024 (professional development conference);
- November 25-27, 2024 (family obligations);
- December 23-31, 2024 (family obligations).

Applicant anticipates being away from the practice of law to attend to continuing legal education, professional obligations, or family matters during these times. Applicant currently has no hearings or trials scheduled for the above-referenced case during the requested leave period.

Sincerely,

**KREVOLIN & HORST, LLC**

**Adam M. Sparks**
Adam M. Sparks
GA Bar No. 341578
*Counsel for Plaintiffs*

2

AMS:lb

cc: All Counsel of Record (via CM/ECF)